STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DRIVEROO, INC.,<br><br>*Defendant.* | CASE NO. 3:22-cv-00222<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>**COMPLAINT** |

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Complaint against Driveroo, Inc. ("Defendant" or "Driveroo") for infringement of United States Patent No. 9,261,365 (hereinafter "the '365 Patent").

**PARTIES AND JURISDICTION**

1.      This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.      Plaintiff is a Wyoming limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with its principal office located at 1415 Rollins Rd #205, Burlingame, CA 94010. On information and belief, Defendant may be served through its agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,261,365)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '365 Patent with sole rights to enforce the '365 Patent and sue infringers.

11. A copy of the '365 Patent, titled "Device, System and Method for Remotely Entering, Storing and Sharing Addresses for a Positional Information Device," is attached hereto as Exhibit A.

12. The '365 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '365 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and software for asset locating services (e.g., Driveroo asset tracking platform, and any associated hardware, apps, or other software) ("Product") covered by at least Claim 1 of the '365 Patent. Defendant has infringed and continues to infringe the '365 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. The Product provides an asset tracking system for real-time GPS tracking of assets. A user can receive location information on a positional information device (e.g., mobile device or computer). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.driveroo.com/fleet-tracking-software/





15. The Product software sends a request from a first (requesting) positional information device (e.g., mobile device or desktop with software installed) to a server. The request is for the real-time location (e.g., stored address) of an asset, and includes a first identifier of the requesting positional information device (e.g., user ID and password for the Product software used in the particular enterprise). The request is sent to the Product server for transmitting the asset location. The server receives the at least one address from a second (sending) positional information device at the asset (e.g., employee mobile phone). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**Driveroo Fleet**
Driveroo, LLC

Showing permissions for all versions of this app

📍 Location
- precise location (GPS and network-based)
- approximate location (network-based)

**DRIVEROO FLEET**

Login

Email, phone number, or your unique login code

Password

Forgot password?   LOGIN

Source: https://play.google.com/store/apps/details?id=com.driveroo_fleet&hl=en_IN&gl=US
Source: https://fleet.driveroo.com/login

**CHOOSE AFFORDABLE GPS FLEET TRACKING**
MANAGE YOUR FLEET USING DRIVERS' SMARTPHONES AND DRIVEROO FLEETABOUT

Source: https://www.driveroo.com/fleet-tracking-software/

**Real-time Data**

The Driveroo Fleet tracking app on your driver's mobile device tracks location, vehicle speed and indicates when the vehicle has arrived at a set destination. The data is transmitted via cellular or satellite networks, meaning you can continually evaluate performance via the FleetAbout software on your desktop or your mobile devices.

Source: https://www.driveroo.com/fleet-tracking-software/

**Seamless integration with your Android or Apple devices**

There's no need to purchase any expensive hardware. Just install the Driveroo Fleet app onto the smartphones of the individuals within your workforce. We are compatible with Andriod as well as iOS so your drivers won't need any specialist equipment - just their mobile devices. It's the affordable GPS fleet tracking solution that delivers everything you need in one smart platform.

Source: https://www.driveroo.com/fleet-tracking-software/

COMPLAINT AGAINST DRIVEROO, INC.

16. The at least one address is received from the server at the requesting positional information device. For example, the Product's server transmits the position of an asset (at least one address) to the requesting positional information device. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> **Real-time Data**
>
> The Driveroo Fleet tracking app on your driver's mobile device tracks location, vehicle speed and indicates when the vehicle has arrived at a set destination. The data is transmitted via cellular or satellite networks, meaning you can continually evaluate performance via the FleetAbout software on your desktop or your mobile devices.

Source: https://www.driveroo.com/fleet-tracking-software/

> **Seamless integration with your Android or Apple devices**
>
> There's no need to purchase any expensive hardware. Just install the Driveroo Fleet app onto the smartphones of the individuals within your workforce. We are compatible with Andriod as well as iOS so your drivers won't need any specialist equipment - just their mobile devices. It's the affordable GPS fleet tracking solution that delivers everything you need in one smart platform.

Source: https://www.driveroo.com/fleet-tracking-software/

17. A second identifier for the second (sending) positional information device is determined based on the first identifier and the server retrieves the at least one address stored in the at least one sending positional information device. The Product application installed on the requesting positional information device requests (from the server) the asset's GPS location (i.e., at least one stored address stored). As shown above, before activating the tracker (i.e., the sending positional information device), a unique tracking device's ID number or credentials (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the tracker device's ID number or asset credentials

(i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one stored address stored) of the asset. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**Driveroo Fleet**
Driveroo, LLC

Showing permissions for all versions of this app

- Location
  - precise location (GPS and network-based)
  - approximate location (network-based)

**DRIVEROO FLEET**

Login

Email, phone number, or your unique login code

Password

Forgot password?   LOGIN

Source: https://play.google.com/store/apps/details?id=com.driveroo_fleet&hl=en_IN&gl=US
Source: https://fleet.driveroo.com/login

**CHOOSE AFFORDABLE GPS FLEET TRACKING**
MANAGE YOUR FLEET USING DRIVERS' SMARTPHONES AND DRIVEROO FLEETABOUT

Source: https://www.driveroo.com/fleet-tracking-software/

### Real-time Data

The Driveroo Fleet tracking app on your driver's mobile device tracks location, vehicle speed and indicates when the vehicle has arrived at a set destination. The data is transmitted via cellular or satellite networks, meaning you can continually evaluate performance via the FleetAbout software on your desktop or your mobile devices.

Source: https://www.driveroo.com/fleet-tracking-software/

### Seamless integration with your Android or Apple devices

There's no need to purchase any expensive hardware. Just install the Driveroo Fleet app onto the smartphones of the individuals within your workforce. We are compatible with Andriod as well as iOS so your drivers won't need any specialist equipment - just their mobile devices. It's the affordable GPS fleet tracking solution that delivers everything you need in one smart platform.

Source: https://www.driveroo.com/fleet-tracking-software/



**Real-time GPS tracking**
Track your fleet and monitor driver performance data with our app for iPhone and Android



**Easy to Set Up**
Your drivers simply install the Driveroo Fleet app on their smartphones



**For any Fleet Size**
Driveroo FleetAbout serves the needs of every fleet, regardless of the size. It is flexible and scalable

Source: https://www.driveroo.com/fleet-tracking-software/

18. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

19. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until

Defendant is enjoined and restrained by this Court.

20. Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

21. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,261,365 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: January 12, 2022                Respectfully submitted,

                                                     */s/ Stephen M. Lobbin*
                                                     ***Attorney(s) for Plaintiff***