STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DRIVEROO, INC.,<br><br>*Defendant*. | CASE NO.: 5:22-cv-00222-VKD<br><br>**JOINT STIPULATION OF DISMISSAL** |

    Plaintiff Social Positioning Input Systems, LLC, and Defendant Driveroo, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

    1.    All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

    2.    Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

    This Stipulation and Order shall finally resolve the Action between the parties.

Dated: February 22, 2022            Respectfully submitted,

/s/Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

/s/Rodeen Talebi
Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: talebi@fr.com

Neil J. McNabnay (*pro hac vice*)
Ricardo J. Bonilla (*pro hac vice*)
Noel Chakkalakal (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

***Attorney(s) for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/Stephen M. Lobbin*
Stephen M. Lobbin